AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

STEVEN T. MARVIK,

     Plaintiff,

V.

WASHOE COUNTY SHERIFFS, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00334-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new pleading on the proper form in a new action together with either a pauper application on the required form with all required attachments or the required filing fee.

   6/17/2011   

   **LANCE S. WILSON**   
Clerk

   /s/ P. McDonald   
Deputy Clerk